| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| | * | |
| | * | Misc. Docket AG No. 0011 |
| v. | * | |
| | * | September Term, 2019 |
| CHARLES EARL WALTON | * | |

# ORDER

UPON CONSIDERATION of the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Charles Earl Walton, to reprimand the Respondent for violations of Rules 1.3, 1.4, and 8.4(d) of the Maryland Attorneys' Rules of Professional Conduct, it is this 21st day of October 2019

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Charles Earl Walton, be reprimanded for violating Rules 1.3, 1.4, and 8.4(d) of the Maryland Rules of Professional Conduct.

/s/ Robert N. McDonald
Senior Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk